ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dwrenn@grsm.com

*Attorneys for Defendant,*
*Granello Bakery, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO ANGUIANO-MAGANA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRANELLO BAKERY, INC., a Nevada corporation; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00516-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant GRANELLO BAKERY, INC. ("Granello"), by and through its attorneys Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of Gordon Rees Scully Mansukhani LLP and Plaintiff ERNESTO ANGUIANO-MAGANA ("Magana"), by and through his attorney, Mark H. Hutchings, Esq. of Hutchings Law Group, LLC, hereby stipulate to the dismissal with prejudice of all claims against all parties in the above-entitled matter. The parties further

///

///

///

///

///

-1-

stipulate that all parties are to bear their own fees and costs.

DATED this 16th day of July 2020.                    DATED this 15th day of July 2020.

**GORDON REES SCULLY MANSUKHANI**                    **HUTCHINGS LAW GROUP, LLC**

*/s/ Dione C Wrenn*                                  */s/ Mark Hutchings*

Robert S. Larsen, Esq.                               Mark H. Hutchings, Esq.
Dione C. Wrenn, Esq.                                 552 E. Charleston Boulevard
300 South 4th Street, Suite 1550                     Las Vegas, Nevada 89104
Las Vegas, Nevada 89101                              Tel. (702) 660-770
Telephone: (702) 577-9300                            Fax: (702) 552-5202
Facsimile: (702) 255-2858                            Emails: mhutchings@hutchingslawgroup.com
E-Mail: rlarsen@grsm.com
         dwrenn@grsm.com                             *Attorneys for Plaintiff,*
                                                     *Ernesto Anguiano-Magana*
*Attorneys for Defendant,*
*Granello Bakery, Inc.*

**IT IS SO ORDERED.**

Dated this __16__ day of July, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

-2-